UNITED STATE BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:   Khristopher Kichi Kamana'o Kiaaina
         Kristyn Malia Kiaaina

                    Debtor

No: 23-11092

APPLICATION FOR
LEAVE TO APPEAR PRO HAC VICE
AND STATEMENT OF LOCAL COUNSEL

## APPLICATION FOR PRO HAC VICE APPEARANCE

Pursuant to Local Civil Rule 83.1(d) of the United States District Court for the Western District of Washington, __Steven H Patterson__ hereby applies for permission to participate as counsel in the above-entitled bankruptcy action on behalf of the following party or parties: __Disney Vacation Development Inc.__.

The particular need for my appearance and participation is: __Motion for Relief from Stay__.

I, __Steven H Patterson__, understand that I am charged with knowing and complying with all applicable rules, including, but not limited to, Local Civil Rule 83.1 of the United States District Court for the Western District of Washington, which requires that I associate with local counsel who shall sign all pleadings prior to filing, and the Local Rules of Bankruptcy Procedure of the Western District of Washington ("LBR"), including LBR 5005-1 which governs electronic filing. I further understand that this application, and my association with local counsel, pertains to the above-captioned matter only. My appearance and participation in other bankruptcy or adversary proceedings before this Court will require a separate pro hac vice application.

I have not been disbarred or formally censured by a court of record or by a state bar association. There are no pending disciplinary proceedings against me. I am in good standing with the bar of the State of __Ohio__.

Application to Appear Pro Hac Vice
Local Form, W.D. Wash. Bankr.
Effective May 2019

Case 23-11092-CMA    Doc 35    Filed 12/21/23    Ent. 12/21/23 12:27:16    Pg. 1 of 3

With this application I will tender the applicable pro hac vice fee to the Office of the Clerk of the Bankruptcy Court via electronic payment.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 11/1/2023

/s/ Steven H Patterson

Signature of Applicant Attorney

Applicant's Name: Steven H Patterson
Bar # 073452   State: Ohio
Applicant's Law Firm: Manley Deas Kochalski LLC
Applicant's Address: 1555 Lake Shore Drive, Columbus, Ohio 43204

Telephone No: 513-618-6241
E-mail address: SHPatterson@manleydeas.com

### STATEMENT OF LOCAL COUNSEL

I am familiar with the responsibilities of local counsel as set forth in the Local Rules, W.D. Wash. LCR 83.1(d). I am authorized and will be prepared to handle the above-captioned matter, up to and including trial, in the event the applicant, is unable to be present upon any date assigned by the court. If this application is filed electronically, I understand that the provisions of LBR 5005-1(d)(3) apply and that I am required to retain documentation evidencing the signature of the applicant. I further understand that my obligations as local counsel extend to the above-captioned matter only and that the applicant attorney is required to file an additional pro hac application for appearance and participation in any other bankruptcy or adversary proceedings before this Court.

DATED: 12/15/2023

/s/ Lance E. Olsen

Signature of Local Counsel

Application to Appear Pro Hac Vice
Local Form W.D. Wash. Bankr.
Effective May 2019

Case 23-11092-CMA    Doc 35    Filed 12/21/23    Ent. 12/21/23 12:27:16    Pg. 2 of 3

2

| | |
|---|---|
| Local Counsel Name & WSBA Bar ID Number: | Lance E. Olsen - 25130 |
| Local Counsel Law Firm: | McCarthy Holthus, LLP |
| Local Counsel Address: | 108 1st Ave. S #400, Seattle, WA 98104 |
| Local Counsel E-mail address: | lolsen@mccarthyholthus.com |
| Telephone No: | 206-596-4843 |

Application to Appear Pro Hac Vice
Local Form W.D. Wash. Bankr.
Effective May 2019

Case 23-11092-CMA    Doc 35    Filed 12/21/23    Ent. 12/21/23 12:27:16    Pg. 3 of 3

3