**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**

In re:

Khristopher Kichi Kamana'o Kiaaina
Kristyn Malia Kiaaina

Debtor,

Case No. 23-11092

**ORDER ON PRO HAC VICE APPLICATION**

This matter came before the Court on the Application for Leave to Appear Pro Hac Vice (the "Application") submitted by ___Steven H Patterson___ seeking permission to appear and participate as counsel for _Disney Vacation Development_ in the above-captioned matter. The Court having reviewed the Application, it is hereby

ORDERED that the Application is GRANTED. This Order is limited to the above-captioned matter only and does not extend the applicant's pro hac vice status to other bankruptcy and adversary proceedings before this Court.

///End of Order///